# FIELDS LAW FIRM

Minneapolis | Dallas | Philadelphia

MATTHEW FORSBERG
ATTORNEY*
DIRECT 612-383-1868
1-888-847-8517 EXT. 868
MATT@FIELDSLAW.COM
*Licensed in MN, TX, and NJ

ROBERTO SALAS
PARALEGAL
DIRECT 612-383-1865
1-888-847-8517 EXT. 865
ROBERTO@FIELDSLAW.COM

February 14, 2024

The Honorable Judge Jane J. Boyle
United States District Court
Northern District of Texas
1100 Commerce Street, Room 1520
Dallas, TX 75242-1003

*VIA ECF*

RE:    Burley v. Experian Information Solutions, Inc., et al.
       Court File No. 3:23-cv-2785

Dear Judge Boyle:

Please be advised that Plaintiff Carmen Burley and Defendant Experian Information Solutions, Inc. have settled the claims between these two parties subject to the signing of a settlement agreement and release and expect to file a Notice of Dismissal within 60 days. Defendant Nationstar Mortgage LLC, successor by merger to Seterus, Inc. still remains, and Plaintiff has not settled the claims with this Defendant.

Respectfully Submitted,

*/s/ Matthew Forsberg*

Matthew Forsberg
MPF/ras
Attorney

cc: All Counsel (via ECF)