# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| Carmen Burley,<br><br>    Plaintiff,<br><br>vs.<br><br>Experian Information Solutions, Inc., et al.,<br><br>    Defendants. | CIVIL FILE NO.: 3:23-cv-2785<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

## ORDER

Based on the STIPULATION OF DISMISSAL WITH PREJUDICE filed by the parties herein, this Court hereby orders that the Complaint against the Defendant Nationstar Mortgage LLC, successor by merger to Seterus Inc. **ONLY**, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to either Plaintiff or Defendant Nationstar Mortgage LLC, successor by merger to Seterus Inc.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: _____    _____
                                  JUDGE, United States District Court